

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEIRDRE ELLISON,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

No. 05-1359-T-An

---

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS
### AND
### ORDER TO ISSUE SERVICE OF PROCESS

---

    The plaintiff has sent to the Clerk a complaint pursuant to 42 U.S.C. § 405(g), with an application to proceed in forma pauperis under 28 U.S.C. § 1915(a). The motion to proceed in forma pauperis is GRANTED. The Clerk of Court is ORDERED to file the case without payment of the filing fee, and to record the defendant as: Jo Anne Barnhart, Commissioner of Social Security.

    It is ORDERED that the Clerk shall issue process for the defendant and deliver said process to the marshal for service.

    Service shall be made on the defendant by mail pursuant to Rule 4(i)(2). Service of each summons and a copy of the complaint shall also be made on the United States under Rule 4(i)(1). All costs of service shall be advanced by the United States.

    It is further ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for each defendant, or on the defendant if he has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-02-05__

to comply with these requirements, or any other order of the court, may result in the dismissal of the action without further notice.

IT IS SO ORDERED this 29th day of November, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01359 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Deirdre Ellison
838 Machart Rd.
Denmark, TN 38391

Honorable James Todd
US DISTRICT COURT